# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.                                                        Case No:   5:22-cv-399-GAP-PRL

JOHN DOE SUBSCRIBER
ASSIGNED IP ADDRESS
72.188.67.148,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Notice of Voluntary Dismissal with Prejudice (Doc. 11), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is **DISMISSED** with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 29, 2022.

                                                      GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties